TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
LINDSEY A. MORGAN (SBN 274214)
lmorgan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for defendant
Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| GINO PASQUALE,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a corporation, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendant(s). | CASE NO.: CV 12-5960 PSG<br><br>**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

1
2   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of
3   record for defendant Midland Credit Management, Inc. certifies that the following
4   persons, association of person, firms, partnerships, corporations (including parent
5   corporation) or other entities have pecuniary interest in the outcome of this case.
6      1.    Midland Credit Management, Inc., a Kansas corporation; and
7      2.    Encore Capital Group, Inc., a publicly-held Delaware corporation
8          which trades on NASDAQ under the symbol "ECPG."
9   These representations are made to enable the Court to evaluate possible
10  disqualification or recusal.
11
12  DATED: November 21, 2012    SIMMONDS & NARITA LLP
                                      TOMIO B. NARITA
13                                       LINDSEY A. MORGAN
14
15
                                      By: _____
16                                          Lindsey A. Morgan
                                         Attorneys for defendant
17                                          Midland Credit Management, Inc.
18
19
20
21
22
23
24
25
26
27
28

PASQUALE V. MIDLAND CREDIT MANAGEMENT, INC. (CASE NO. )
DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES       1