United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO PASQUALE,<br><br>             Plaintiff(s),<br><br>      v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>             Defendant(s).<br>_____/ | No. CV12-05960 PSG<br><br>CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE AND RE: COURT DEADLINE FOR PARTIES TO EITHER CONSENT OR DECLINE TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

**PLEASE TAKE NOTICE** that the case management conference presently set for Tuesday, January 29, 2013 **is hereby reset to Tuesday, January 8, 2013 at 2:00 p.m.** before Magistrate Judge Paul S. Grewal. Parties are to submit a joint case management conference statement no later than Tuesday, January 1, 2013. Each party who has not already done so shall file either a "Consent to proceed before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment" no later than Tuesday, January 1, 2013. Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov. Parties are to appear in Courtroom 5, 4th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113.

Dated: November 26, 2012

Richard W. Wieking, Clerk
United States District Court

By: Oscar Rivera
Courtroom Deputy Clerk to
Magistrate Judge Paul S. Grewal