1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  LINDSEY A. MORGAN (SBN 274214)
   lmorgan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6
   Attorneys for defendant
7  Midland Credit Management, Inc.

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE COURTHOUSE

12

13  GINO PASQUALE,              )   CASE NO.: CV 12-5960 PSG
                                )
14          Plaintiff,           )   **PROOF OF SERVICE**
                                )
15                              )
                                )
16          vs.                  )
                                )
17                              )
    MIDLAND CREDIT              )
18  MANAGEMENT, INC., a         )
    corporation, and DOES 1 THROUGH )
19  10, inclusive,              )
                                )
20          Defendant(s).        )
                                )
21  _____ )

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1) **NOTICE OF REMOVAL**

2) **CERTIFICATION OF INTERESTED PARTIES**

3) **CIVIL COVER SHEET**

4) **NOTICE TO ADVERSE PARTY OF REMOVAL**

5) **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL**

6) **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE WITH CONSENT/DECLINATION FORM**

7) **NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL**

8) **USDC NORTHERN GUIDELINES FOR FILING PROCESS/ECF REGISTRATION INFORMATION HANDOUT**

9) **STANDING ORDER FOR ALL JUDGES OF NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT/CAS MANAGEMENT IN CIVIL CASES**

10) **U.S. MAGISTRATE JUDGE PAUL S. GREWAL SETTLEMENT CONFERENCE PROCEDURES**

11) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES**

by causing such documents to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addresses indicated below:

1 | **VIA U.S. MAIL**
Samuel Henderson
2 | Henderson Consumer Law
2182 El Camino Real, Suite 202
3 | Oceanside, CA 92054
Counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 27th day of November, 2012.

*Sally Koo* (signature)

Sally Koo

PASQUALE V. MIDLAND CREDIT MANAGEMENT, INC. (CASE NO. CV 12-5960 PSG)
PROOF OF SERVICE

3