Samuel Henderson (SBN: 279717)
2182 El Camino Real, Suite 202
Oceanside, CA, 92054
(760) 575-4594
(760) 688-3732
henderson@hendersonconsumerlaw.com

Attorney for Plaintiff,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE COURTHOUSE

| | |
|---|---|
| GINO PASQUALE, | CASE NO: CV 12-5960 PSG |
| Plaintiff, | |
| vs. | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| MIDLAND CREDIT MANAGEMENT, INC., a corporation, and DOES 1 THROUGH 10, inclusive, | Magistrate Judge Paul S. Grewal |
| Defendant(s). | |

Plaintiff, Gino Pasquale, hereby demands trial by jury in this action.

DATED: 12/10/12               /s/_____

                              Samuel Henderson

                              Attorney for Plaintiff Gino Pasquale