Samuel Henderson (SBN: 279717)
2182 El Camino Real, Suite 202
Oceanside, CA, 92054
(760) 575-4594
(760) 688-3732
henderson@hendersonconsumerlaw.com

Attorney for Plaintiff,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE COURTHOUSE

| | |
|---|---|
| GINO PASQUALE, | ) CASE NO:  CV 12-5960 PSG |
| Plaintiff, | ) PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 8, 2012 CONFERENCE |
| vs. | ) |
| MIDLAND CREDIT MANAGEMENT, INC., a corporation, and DOES 1 THROUGH 10, inclusive, | ) Date:   January 8, 2012<br>) Time:   2:00 p.m.<br>) Dept:   5, 4th Floor<br>) Before:  Honorable Paul S. Grewal |
| Defendant(s). | ) |

Counsel for Plaintiff Gino Pasquale hereby respectfully requests leave to appear before the Honorable Paul S. Grewal via telephone for the Initial Case Management Conference scheduled for January 8, 2012 at 2:00 p.m.

Counsel resides in San Diego County and would prefer to attend telephonically in order to save on the substantial amount of time traveling to and from San Jose.

DATED:  12/21/12                                                /s/___Samuel Henderson_____
                                                                Samuel Henderson
                                                                Attorney for Plaintiff Gino Pasquale

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| GINO PASQUALE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a corporation, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendant(s). | CASE NO:  CV 12-5960 PSG<br><br>ORDER ON PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 8, 2012 CONFERENCE<br><br>Date:   January 8, 2012<br>Time:   2:00 p.m.<br>Dept:   5, 4th Floor<br>Before: Honorable Paul S. Grewal |

ORDER

Plaintiff's request is granted as to Mr. Henderson's request to appear telephonically at the January 8, 2013 case management conference.

Date: _____

　　　　　　　　　　　　　　　　　　　　　Judge Paul S. Grewal