# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: January 8, 2013      Time in Court: 4 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (2:19 to 2:23)

**TITLE: Gino Pasquale v. Midland Credit Management, Inc., et al.**
**CASE NUMBER**: **CV12-05960 PSG**
Plaintiff Attorney(s) present: Samuel Henderson, *telephonically*
Defendant Attorney(s) present: Lindsey Morgan, *telephonically*

### PROCEEDINGS:
### Case Management Conference

Case management conference held.
Case management scheduling order to be issued.

///