Samuel Henderson (SBN: 279717)
henderson@hendersonconsumerlaw.com
2182 El Camino Real, Suite 202
Oceanside, CA, 92054
(760) 575-4594
(760) 688-3732

Attorney for Plaintiff,
Gino Pasquale

# UNITED STATES DISTRICT COURT

# NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO PASQUALE<br>            Plaintiff,<br>vs.<br>MIDLAND CREDIT MANAGEMENT, INC.<br>            Defendant. | **CASE NO**: CV 12-5960 PSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Paul S. Grewal<br><br>Action filed: October 18, 2012 |

1

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. CV 12-5960 PSG

**PLEASE TAKE NOTICE** that Plaintiff Gino Pasquale ("Plaintiff"), pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses all claims in this action *with prejudice* as to Defendant Midland Credit Management, Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff.**

        **(A)** *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

            **(ii)** a stipulation of dismissal signed by all parties who have appeared.

The parties have reached a settlement in this matter and all parties have stipulated to dismissing this case.  As such, the parties stipulate and request that this action be dismissed with prejudice, with each party bearing its own attorney's fees and costs.

DATED:  October 29, 2013          By: /s/ Samuel Henderson
                                                Samuel Henderson, Esq.
                                                Attorney for Plaintiff
                                                Gino Pasquale

DATED:  October 29, 2013          By /s/ Lindsey Morgan
                                                Lindsey Morgan, Esq.
                                                Attorney for Defendant
                                                Midland Credit Management, Inc.

# CONCURRENCE OF ALL SIGNATORIES

Pursuant to L. R. 5-1(i)(3) I certify that the consent of all signatories has been obtained in support of the above document.

DATED: October 29, 2013

By: /s/ Samuel Henderson
Samuel Henderson, Esq.
Attorney for Plaintiff
Gino Pasquale

3
NOTICE OF VOLUNTARY DISMISSAL
CASE NO. CV 12-5960 PSG